## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Karen Buendia Renteria
                        Plaintiff,

v.                                                      Case No.: 1:26–cv–00374
                                                                 Honorable Jeffrey I Cummings

Samuel Olson
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 13, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court is in receipt of petitioner's motion for reconsideration [13]. Respondents shall respond on or before 2/19/26. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate. The 2/13/26 tracking status hearing is stricken and reset to 2/27/26 at 8:30 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.